# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVIC, <br> a.k.a. Muharem Kurbegovich, <br><br>         Petitioner, <br><br>   v. <br><br> UNKNOWN POLICIANS [sic], <br><br>         Respondents. | No. CV 14-6036-DDP(CW) <br><br> ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

    Petitioner, proceeding pro se, filed this Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) in the United Stated District Court for the Southern District of California on July 21, 2014, as Case No. 3:14-cv- 1719-MMA-KSC. [Docket no. 1.] On July 30, 2014, it was ordered transferred to this district, where it was filed on August 1, 2014. [Docket nos. 3, 5.]

    Petitioner is confined at Corcoran State Prison, serving a sentence of seven years to life imprisonment imposed by the California Superior Court, Los Angeles County, following his 1980 conviction for

murder, arson and bombing.[1]

Between 1980 and 1991, petitioner filed five habeas petitions in this court challenging his 1980 conviction; at least one of those petitions was denied on the merits.[2] Subsequent petitions filed by petitioner in this court have been dismissed as successive.[3]

In recent petitions, Petitioner has claimed to represent the Al Qaeda terrorist organization, to understand a divinely inspired predictive code hidden in the English alphabet, to be in contact with space aliens, and to be the only person who can create a computer to communicate with the aliens before they destroy us all. The present petition repeats these allegations, but does not state any legal claim for federal habeas relief. Under grounds for relief, Petitioner simply inserts the word "incommunicado," then attaches examples of his filings in various courts and his letters to various persons.[4]

**DISCUSSION**

This court has jurisdiction to "entertain an application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court," who alleges that such custody violates the Constitution, laws, or treaties of the United States. See 28 U.S.C.

---

[1] Petitioner is the so-called "alphabet bomber." For background information see People v. Kurbegovic, 138 Cal. App. 731 (1982).

[2] See Nos. CV 84-8181-MRP(G), CV 85-4851-MRP(G), CV 86-7545-ER(G), CV 90-5162-WDK(B), CV 91-4994-WJR(B). In particular, see the Judgment filed June 6, 1991, in No. CV 90-5162-WDK(B).

[3] See Nos. CV 97-2070-DDP(CW), CV 02-2941-RT(CW), CV 03-1562-CBM(CW), CV 03-1591-RT(CW), and CV 14-5433-DDP(CW). Petitioner has also filed many habeas petitions in California state courts.

[4] Petitioner has also asserted his theories in various civil rights actions or requests to file actions without prepayment of the filing fee. See, e.g., Nos. CV 03-4742-UA(CW), CV 04-3847-RSWL(CW), CV 04-5662-UA(CW), CV 09-3420-UA(CW), and CV 09-4001-UA(CW).

§ 2254(a); also 28 U.S.C. § 2241(c)(3). The court need neither grant the writ nor order a return if "it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. This district court may not entertain a second or successive habeas petition unless the petitioner first obtains an order from the U.S. Court of Appeals for the Ninth Circuit authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

The present petition does not state a cognizable claim that petitioner is in custody in violation of the Constitution, laws, or treaties of the United States. However, even if the petition could be construed or amended to state such a claim, it would still be subject to dismissal as a second or successive petition. In addition, the present petition is virtually identical to, and duplicative of, the petition in Case No. CV 14-5433-DDP(CW).

**ORDER**

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the petition without prejudice as successive.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on petitioner.

DATED: September 11, 2014

_____
DEAN D. PREGERSON
United States District Judge

Presented by:
Dated: August 7, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge

3