**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAREM KURBEGOVIC, <br> a.k.a. Muharem Kurbegovich, <br><br> Petitioner, <br><br> v. <br><br> UNKNOWN POLICIANS [sic], <br><br> Respondent. | No. CV 14-6036-DDP(CW) <br><br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: September 11, 2014

_____
DEAN D. PREGERSON
United States District Judge